USDC SCAN INDEX SHEET











PLAYBOY ENTERPRISES


WELLES



JAH   3/2/98   14:19

3:98-CV-00413

*1*

*CMP.*

HAROLD E. WURST (Cal. Bar No. 52161)
CLARKE A. WIXON (Cal. Bar No. 173837)
DARBY & DARBY P.C.
707 Wilshire Boulevard
Thirty-Second Floor
Los Angeles, California 90017
(213) 243-8000

- and -

DAVID R. FRANCESCANI
AMY J. BENJAMIN
MARYANN V. HAYES
DARBY & DARBY P.C.
805 Third Avenue
New York, New York 10022
(212) 527-7700

Attorneys for Plaintiff
PLAYBOY ENTERPRISES, INC.

ORIGINAL

FILED
FEB 27 1998
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAYBOY ENTERPRISES, INC., a Delaware corporation,<br>Plaintiff,<br>v.<br>TERRI WELLES, an individual,<br>Defendant. | CIVIL ACTION NO.<br>'98 CV 0413 K (JFS)<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, DILUTION, AND UNFAIR COMPETITION** |

For its Complaint against Defendant, Plaintiff Playboy Enterprises, Inc., by its attorneys, hereby alleges as follows:

**THE PARTIES**

1. Plaintiff Playboy Enterprises, Inc. ("PEI"), is a Delaware corporation having offices at 9242 Beverly Boulevard, Beverly Hills, California and a principal place of business in Chicago, Illinois.



2. Upon information and belief, Defendant Terri Welles ("Defendant"), is an individual over the age of eighteen and a citizen of the State of California, residing in Del Mar, California.

**JURISDICTION AND VENUE**

3. This is a civil action for trademark infringement, false designation of origin, unfair competition and dilution arising under the Trademark Act of 1946, as amended, 15 U.S.C. §§ 1051-1127; trademark infringement and unfair competition under the common law of California; and unfair competition under Cal. Bus. & Prof. Code § 17200, *et seq.*

4. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338 and the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Venue is proper pursuant to 28 U.S.C. § 1391.

**FACTS COMMON TO ALL COUNTS**

***Playboy* Magazine and the PLAYMATE trademarks**

5. Continuously since 1953, PEI has published *Playboy* magazine, which is one of the most popular magazines in the world and is read by approximately 10 million readers each month.

6. PEI has published and continues to publish numerous specialty magazines including, but not limited to, *Playboy's Playmate Review*, *Playboy's Playmates of the Year*, *Playboy's Calendar Playmates*, *Playboy's International Playmates*, *Playboy Presents: Video Playmates* and *Playboy's Playmates in the Spotlight* (hereinafter the "Playmate Publications").

7. *Playboy* magazine and the Playmate Publications are

published and distributed in interstate commerce by PEI. *Playboy* magazine is also distributed throughout the world and is published in 16 international editions.

8. PEI produces television programming that is broadcast via cable and direct-to-home satellite transmission, produces and sells videocassettes and CD-ROMs, and sells and licenses others to sell a wide variety of goods and services under and in connection with PEI's federally registered trademarks PLAYBOY and PLAYMATE.

9. PEI owns and utilizes the trademarks PLAYBOY, PLAYMATE, PLAYMATE OF THE MONTH, and PLAYMATE OF THE YEAR (abbreviated as PMOY) (hereinafter the "PLAYBOY and PLAYMATE Trademarks") in connection with *Playboy* magazine and for various goods and services sold by PEI and/or its licensees.

10. PEI is the owner of the federally registered PLAYMATE Trademarks for a wide variety of goods and services. Samples of PEI's PLAYMATE Trademark registrations are annexed hereto as Exhibit A. A chart listing the trademark registrations for some of the various good and services for which the PLAYMATE trademarks have been registered by the United States Patent and Trademark Office is annexed hereto as Exhibit B. Each of the registrations listed in Exhibit B is valid and subsisting. As denoted in Exhibit B, several of the PLAYMATE trademarks have become incontestable pursuant to 15 U.S.C. § 1065.

11. PEI is the owner of the federally registered trademark PLAYBOY for a wide variety of goods and services. Samples of PEI's PLAYBOY trademark registrations are annexed hereto

as Exhibit C. A chart listing the trademark registrations for some of the various goods and services for which the PLAYBOY trademarks have been registered by the United States Patent and Trademark Office is annexed hereto as Exhibit D. As denoted in Exhibit D, several of the PLAYBOY trademarks have become incontestable pursuant to 15 U.S.C. § 1065.

12. The PLAYMATE and PLAYBOY Trademarks are utilized by PEI in *Playboy* magazine, videocassettes, PEI's Web sites, and on a variety of goods and services.

13. PEI maintains a free Web site on the Internet's World Wide Web (at http://www.playboy.com) through which it offers -- among other features -- access to some of its copyrighted images and access to other contents from *Playboy* magazine and its other publications. PEI also operates PLAYBOY CYBER CLUB at http://cyber.playboy.com, a subscription and pay per visit Web site which allows members access to individual PLAYMATE home pages and video clips from PLAYBOY home videos and PLAYBOY TV. These sites are used to promote subscriptions to its monthly *Playboy* magazine, to display erotic and romantic pictorials of PEI models, and to advertise PEI's merchandise and other services under the PLAYBOY and PLAYMATE Trademarks. These sites receive in excess of 6 million hits per day and are some of the most popular sites on the Web.

14. Building upon the wide recognition and goodwill arising from its use of its PLAYBOY and PLAYMATE Trademarks, PEI has sold or distributed, itself and through its licensees, a broad line of products under the PLAYBOY and PLAYMATE Trademarks.

15. One of the most popular aspects of *Playboy* magazine is the Playmate-of-the-Month feature which provides nude photographs of PEI models along with background information regarding the model. The various models who have posed for this feature in *Playboy* magazine have come to be known as PLAYMATE models or PLAYMATES models. PEI has further promoted the PLAYMATE Trademarks by utilizing PLAYMATE models in connection with publicizing various public events.

16. Each year, one of the PLAYMATE models which had been featured in that year's issues of *Playboy* magazine is chosen as the PLAYMATE OF THE YEAR model. The term PMOY is a well-known abbreviation for the trademark PLAYMATE OF THE YEAR.

17. The PLAYBOY and PLAYMATE Trademarks have acquired such goodwill and secondary meaning that they have become famous and the public has come to associate them exclusively with PEI in connection with adult entertainment goods and services.

**Defendants' Unlawful Acts and Conduct**

18. Defendant formerly posed in *Playboy* magazine as a Playmate-Of-The-Month model in 1980 and was chosen as the 1981 PLAYMATE OF THE YEAR model.

19. Upon information and belief, Defendant has established and is operating an Internet on-line service on the World Wide Web at "http://www.terriwelles.com" (hereinafter "Defendant's Web site").

20. Defendant's Web site features nude photographs of Defendant and others and contains Defendant's biographical and personal appearance information. (*See* Exhibit E).

21. Defendant has used and continues to use PEI's PLAYBOY and PLAYMATE Trademarks throughout her Web site without PEI's authorization.

22. Upon information and belief, Defendant has and continues to use her former association with PEI to promote her Web site and other commercial enterprises.

23. Defendant's Web site offers goods and services including, but not limited to, PLAYMATE memorabilia, merchandise for sale to consumers such as cigars, and her services as a spokesmodel. (*See* Exhibit F). Defendant's Web site features "Gallery Photos", "Autographed 8 x 10's", "Films and Videos/Magazines" and "Terri and Friends: Playmates, Girlfriends and more...." (*See* Exhibit E).

24. Defendant's Web site prominently features the PLAYBOY and PLAYMATE Trademarks in a number of forms: (a) Defendant's site is entitled TERRI WELLES - PLAYMATE OF THE YEAR 1981 (*see* Exhibit G); (b) Defendant's "Link Page" is entitled TERRI WELLES - PLAYBOY PLAYMATE OF THE YEAR '81 (*see* Exhibit H); (c) Defendant uses the PMOY abbreviation for PEI's trademark PLAYMATE OF THE YEAR in a repetitive pattern as a background graphic throughout her Web pages (*see* Exhibit I); (d) Defendant uses PEI's trademarks PLAYBOY and PLAYMATE as meta tags embedded within the http://www.terriwelles.com computer source code (*see* Exhibit J); and (e) the trademarks PLAYBOY and PLAYMATE OF THE YEAR (also abbreviated PMOY) are also displayed on various pages throughout Defendant's Web site. (*See* Exhibits H and I).

25. Defendant employs deceptive tactics to attract

consumers to her Web site under the guise that her site is sponsored by or somehow affiliated with PEI. Specifically, Defendant embeds PEI's trademarks "playboy" and "playmate" within the www.terriwelles.com meta tag portion of the computer source code which is invisible to lay Internet users but which is visible to search engines. (*See* Exhibit J).

26. Many popular Internet search engines, by design, give special weight to words in the "meta tags" which appear in a specified format in a normally invisible portion of Web documents. Thus, a consumer who conducts a search for PEI's Web site by typing in the trademark "playboy" or "playmate" will receive a search engine-generated list which includes Defendant's Web site. Through Defendant's willful deception, search engines (and thereby consumers) are tricked into believing that Defendant's Web site is connected with, or somehow sponsored by, PEI.

27. Search engines will also locate Defendant's Web site if their search includes PEI's trademark PLAYMATE or the abbreviation for PEI's trademark PLAYMATE OF THE YEAR (PMOY) which Defendant uses on the visible portion of her Web site.

28. Defendant displays the Web site addresses of other adult-oriented Web sites on her "Link Pages." (*See* Exhibit H). When a user "clicks onto" one of the Web site addresses that is listed on Defendant's Link Page, the user is brought directly to (or "linked" to) the material contained on that site.

29. Further, many Web sites containing hard core material which are in no way affiliated with PEI are advertised on Defendant's home page through "banners." When a user "clicks onto"

a banner from Defendant's Web site, the user is brought directly into the content of the banner site. Some of the banners featured on Defendant's Web site include "XXXtraordinary!!!: Visit The New Hardcore Pretty in Pink" and "The Hottest Babes -- Click Here for Thousands of XXX Pics." (*See* Exhibit K).

30. Defendant is not now and has never been authorized by PEI, and is not now and never has been entitled to use the PLAYBOY or PLAYMATE Trademarks in connection with the Web site www.terriwelles.com.

31. PEI provides a PLAYBOY CYBER CLUB Web site at http://www.cyber.playboy.com for current and former PEI models such as Defendant, to promote and/or capitalize upon their association with PEI. That site contains a PLAYBOY FAN CLUB feature with free home pages for all participating PLAYMATE models to sell their PLAYMATE memorabilia on the Internet.

32. Defendant's use of the PLAYBOY and PLAYMATE Trademarks in conjunction with her Web site is likely to cause confusion, mistake or deception. In particular, consumers are likely to believe that Defendant's Web site is authorized, sponsored or otherwise approved of by PEI when in fact it is not. Such confusion is likely to occur within the State of California and within this judicial district.

33. PEI has been and continues to be injured by Defendant's unlawful acts within the State of California and this judicial district.

34. Upon information and belief, Defendant has performed the acts complained of herein with knowledge that they would cause

and with intent to cause, confusion, mistake or deception, and to appropriate PEI's goodwill in the PLAYBOY and PLAYMATE Trademarks.

**COUNT I**

**FEDERAL TRADEMARK INFRINGEMENT**

35. PEI repeats and realleges each of the allegations contained in paragraphs 1 through 34 as if fully set forth herein.

36. The aforesaid acts of Defendant constitute infringement of PEI's registered PLAYBOY and PLAYMATE Trademarks, in violation of section 32(1) of the Trademark Act of 1946, as amended, 15 U.S.C. § 1114(1).

37. Upon information and belief, the aforesaid acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

38. By reason of the acts of Defendant alleged herein, PEI has suffered, is suffering and will continue to suffer irreparable damage and, unless said Defendant is restrained from continuing her wrongful acts, the damage to PEI will increase.

39. PEI has no adequate remedy at law.

**COUNT II**

**FALSE DESIGNATION OF ORIGIN AND**

**UNFAIR COMPETITION UNDER SECTION 43(a)**

**OF THE LANHAM ACT**

40. PEI repeats and realleges each of the allegations contained in paragraphs 1 through 39 as if fully set forth herein.

41. The aforesaid acts of Defendant are likely to cause confusion, mistake or deception among purchasers and potential purchasers of products and services bearing the PLAYBOY and

PLAYMATE Trademarks as to the source or origin of the services rendered and goods sold by Defendant by reason of the fact that purchasers are likely to believe that Defendant's goods and services originate from, or are in some way properly connected with, approved by, sponsored by, or endorsed by PEI.

42. The confusion, mistake or deception referred to herein arises out of the aforesaid acts of Defendant which constitute false designation of origin and unfair competition in violation of section 43(a) of the Trademark Act of 1946, as amended, 15 U.S.C. § 1125(a).

43. Upon information and belief the aforesaid acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

44. By reason of the acts of Defendant alleged herein, PEI has suffered, is suffering and will continue to suffer irreparable damage and, unless said Defendant is restrained from continuing these wrongful acts, the damage to PEI will increase.

45. PEI has no adequate remedy at law.

**COUNT III**

**DILUTION UNDER SECTION 43(c)**

**OF THE LANHAM ACT**

46. PEI repeats and realleges each of the allegations contained in paragraphs 1 through 45 as if fully set forth herein.

47. Defendant's unauthorized use of PEI's famous PLAYBOY and PLAYMATE Trademarks will tend to and does dilute the distinctive quality of said marks and will diminish and destroy the public association of said marks with PEI in violation of 15 U.S.C.

§ 1125(c).

48. By reason of the acts of Defendant alleged herein, PEI has suffered, is suffering and will continue to suffer irreparable damage and, unless said Defendant is restrained from continuing her wrongful acts, the damage will be increased.

49. PEI has no adequate remedy at law.

COUNT IV

COMMON LAW TRADEMARK

INFRINGEMENT AND UNFAIR COMPETITION

50. PEI repeats and realleges each of the allegations contained in paragraphs 1 through 49 as if fully set forth herein.

51. By her acts alleged herein, Defendant has engaged in trademark infringement and unfair competition under the common law of the State of California.

52. Upon information and belief the aforesaid acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

53. By reason of the acts of Defendant alleged herein, PEI has suffered, is suffering and will continue to suffer irreparable damage and, unless said Defendant is restrained from continuing her wrongful acts, the damage will be increased.

54. PEI has no adequate remedy at law.

COUNT V

UNFAIR COMPETITION UNDER

CALIFORNIA STATUTORY LAW

55. PEI repeats and realleges each of the allegations contained in paragraphs 1 through 54 as if fully set forth herein.

56. By her acts alleged herein, Defendant has engaged in unfair competition with PEI in violation of Cal. Bus. & Prof. Code § 17200, et seq.

57. Upon information and belief the aforesaid acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

58. By reason of the acts of Defendant alleged herein, PEI has suffered, is suffering and will continue to suffer irreparable damage and, unless said Defendant is restrained from continuing her wrongful acts, the damage will be increased.

59. PEI has no adequate remedy at law.

**WHEREFORE**, PEI demands judgment that:

1. Defendant, her officers, agents, servants, employees, attorneys, subsidiaries and related companies and all persons acting for, with, by, through or under them, and each of them, be temporarily, preliminarily and thereafter permanently enjoined and restrained from:

(i) using in any manner the PLAYBOY and PLAYMATE Trademarks, and any other term or terms likely to cause confusion therewith as Defendant's domain name, or other such computer address, as the name of her Web site service, on her home page, on computer diskettes or in connection with the retrieval of data or information or on other goods or services as source code or buried code or meta tags on Defendant's Web pages, or in connection with the advertising or promotion thereof so long as such

goods or services do not emanate from or originate with PEI;

(ii) using in any manner the PLAYBOY and PLAYMATE Trademarks in connection with Defendant's goods or services in such a manner that is likely to create the erroneous belief that said goods or services are authorized by, sponsored by, licensed by or are in some way associated with PEI;

(iii) disseminating, using or distributing any Web site pages or other promotional materials whose appearance so resembles PEI's intellectual property as to create a likelihood of confusion, mistake or deception; and

(iv) otherwise engaging in any other acts or conduct which would cause consumers to erroneously believe that Defendant's goods or services are somehow sponsored by, authorized by, licensed by, or in any other way associated with PEI.

2. Defendant, her officers, agents, servants, employees, attorneys, subsidiaries and related companies and all persons acting for, with, by, through or under them, and each of them, be temporarily, preliminarily and thereafter permanently enjoined and be restrained from diluting the distinctive quality of the PLAYBOY and PLAYMATE Trademarks.

3. Defendant be required to deliver up to PEI to be held for destruction at the conclusion of this action any and all computer software, inventory of computer diskettes or the like,

packaging, labels, sales material, press releases, promotional material, advertising material, stationery, plates, and other materials bearing the name "playmate", "playboy", "playmate of the year" and "pmoy" or any copy, simulation, variation or colorable imitation of the PLAYMATE and PLAYBOY Trademarks.

4. Defendant be directed to delete from her computer files, menus, hard drives, servers, diskettes and backups, the PLAYBOY and PLAYMATE Trademarks in every form, and any copy, simulation, variation or colorable imitations thereof.

5. Defendant file with the Court and serve upon PEI's counsel within thirty (30) days after entry of Judgment a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the requirements of the Injunction and Order.

6. Defendant be required to account for and pay over to PEI all damages sustained by PEI, the amount of which cannot be calculated at this time, but is believed to be in excess of five million dollars ($5,000,000).

7. Defendant be required to account for and pay over to PEI all profits realized by Defendant by reason of her unlawful acts alleged herein, and that such amounts be trebled, as provided by law.

8. Defendant be required to pay over to PEI the amount she has been unjustly enriched by the unauthorized use of PEI's trademarks.

9. Defendant be required to pay PEI its costs, disbursements, and attorney fees incurred in this matter.

10. Defendant be required to pay PEI punitive damages as may be permitted by law or in the discretion of the Court.

11. PEI have such other and further relief as the Court may deem appropriate to prevent the public from deriving the erroneous impression that any goods or services provided by or promoted by Defendant are authorized by PEI or affiliated in any way to PEI, its products or services.

Respectfully Submitted,

PLAYBOY ENTERPRISES, INC.

Dated: February 26, 1998

By: ______________________

Harold E. Wurst
Clarke A. Wixon
Darby & Darby P.C.
707 Wilshire Boulevard
Thirty Second Floor
Los Angeles, California 90017
(213) 243-8000

Attorneys for Plaintiff

OF COUNSEL:

David R. Francescani
Amy J. Benjamin
Maryann V. Hayes
DARBY & DARBY P.C.
805 Third Avenue
New York, NY 10022-7513
(212) 527-7700

**EXHIBITS**

| | Page |
|---|---|
| EXHIBIT A | 17-34 |
| EXHIBIT B | 35 |
| EXHIBIT C | 36-40 |
| EXHIBIT D | 41 |
| EXHIBIT E | 42 |
| EXHIBIT F | 43-48 |
| EXHIBIT G | 49-52 |
| EXHIBIT H | 53-60 |
| EXHIBIT I | 61-72 |
| EXHIBIT J | 73-80 |
| EXHIBIT K | 81 |
| EXHIBIT L | 82-84 |



Printed on Recycled Paper
20% Post Consumer Waste

EXHIBIT A

# United States Patent Office

721,987
Registered Sept. 26, 1961

AFFIDAVIT SEC. 8 ACCEPTED

AFFIDAVIT SEC 15 RECEIVED

## PRINCIPAL REGISTER
## Trademark

Ser. No. 40,119, filed Nov. 5, 1957

## PLAYMATE

HMH Publishing Co., Inc. (Illinois corporation)
232 E. Ohio St.
Chicago 11, Ill.

For: CALENDARS, in CLASS 38.
First use Nov. 1, 1953; in commerce Sept. 16, 1957.

Renewed for 20 years from Sept. 26, 1981

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: PLAYBOY ENTERPRISES, INC.

Attest

OCT 21 1993

Attesting Officer

ASSISTANT SECRETARY OF COMMERCE AND COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT A PAGE 17

# United States Patent Office

749,223
Registered May 7, 1963

AFFIDAVIT SEC. 8 ACCEPTED

AFFIDAVIT SEC 15 RECEIVED 5-16-68

PRINCIPAL REGISTER
Trademark

Ser. No. 140,447, filed Mar. 22, 1962

## PLAYMATE

HMH Publishing Co., Inc. (Illinois corporation)
232 E. Ohio St.
Chicago 11, Ill.

For: PERFUME, in CLASS 51.
First use Mar. 2, 1962; in commerce Mar. 2, 1962.

Renewed for 20 years from May 7, 1983

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: PLAYBOY ENTERPRISES, INC.

Attest

OCT 21 1993

Attesting Officer

Bruce Lehman

ASSISTANT SECRETARY OF COMMERCE AND COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

777,001
Registered Sept. 29, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 187,491, filed Feb. 26, 1964

## PLAYMATE

HMH Publishing Co., Inc. (Illinois corporation)
232 E. Ohio St.
Chicago 11, Ill.

For: BRACELETS, ANKLE BRACELETS, EARRINGS, BRACELET AND EARRING SETS, PINS, NECKLACES, CHARMS, KEY CHAINS AND PENDANTS, in CLASS 28.

First use on or about Jan. 22, 1964, on pins; in commerce on or about Jan. 22, 1964.

Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 1,308,903

United States Patent and Trademark Office

Registered Dec. 11, 1984

TRADEMARK
Principal Register

# PLAYMATE

Playboy Enterprises, Inc. (Delaware corporation)
919 N. Michigan Ave.
Chicago, Ill. 60611

For: WATCHES, in CLASS 14 (U.S. Cl. 27).
First use Dec. 24, 1980; in commerce Dec. 24, 1980.

Ser. No. 464,145, filed Feb. 6, 1984.

ROBERT PEVERADA, Examining Attorney

REGISTERED FOR A TERM OF 20 YEARS FROM Dec. 11, 1984

COMB. AFF. SEC. 8 & 15

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Registrant

Attest

OCT 21 1993

Attesting Officer

EXHIBIT A PAGE 20

ASSISTANT SECRETARY OF COMMERCE AND COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 9

Prior U.S. Cl.: 21

Reg. No. 1,393,915

United States Patent and Trademark Office Registered May 20, 1986

TRADEMARK
PRINCIPAL REGISTER

# PLAYMATE

PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
919 N. MICHIGAN AVENUE
CHICAGO, IL 60611

FOR: PRE-RECORDED VIDEO CASSETTES, IN CLASS 9 (U.S. CL. 21).

FIRST USE 9-6-1982; IN COMMERCE 9-6-1982.

SER. NO. 563,856, FILED 10-18-1985.

JODY HALLER DRAKE, EXAMINING ATTORNEY

REGISTERED FOR A TERM OF 20 YEARS FROM May 20, 1986.

COMB. AFF. SEC. 8 & 15

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Registrant

Attest

OCT 21 1993

Attesting Officer

Bruce Lehman

ASSISTANT SECRETARY OF COMMERCE AND COMMISSIONER OF PATENTS AND TRADEMARKS

Nº 1399564

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this first day of July 1986.

Commissioner of Patents and Trademarks

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,399,564

United States Patent and Trademark Office Registered July 1, 1986

TRADEMARK
PRINCIPAL REGISTER

# PLAYMATE

PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
919 N. MICHIGAN AVENUE
CHICAGO, IL 60611

FOR: WOMEN'S FOOTWEAR AND WOMEN'S HOSIERY AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-0-1984; IN COMMERCE 11-0-1984.

OWNER OF U.S. REG. NO. 376,609.

SER. NO. 558,616, FILED 9-16-1985.

RICHARD B. GORDON, EXAMINING ATTORNEY



The United States of America

J. M. N.
JUN 11 1992

Nº 1688181

CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this nineteenth day of May 1992.

[signature]

EXHIBIT A PAGE 24

Acting Commissioner of Patents and Trademarks

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,688,181

United States Patent and Trademark Office Registered May 19, 1992

SERVICE MARK
PRINCIPAL REGISTER

# PLAYMATE

PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: ENTERTAINMENT IN THE NATURE OF PRE-RECORDED WAKE-UP MESSAGES BY TELEPHONE, IN CLASS 41 (U.S. CL. 107).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

OWNER OF U.S. REG. NOS. 661,391, 1,301,681 AND OTHERS.

SER. NO. 74-152,783, FILED 4-1-1991.

JAYNE CONWAY, EXAMINING ATTORNEY



Nº 1404136

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this fifth day of August 1986.

Commissioner of Patents and Trademarks

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,404,136

# United States Patent and Trademark Office

Registered Aug. 5, 1986

## TRADEMARK
## PRINCIPAL REGISTER

PLAYMATE

PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
919 N. MICHIGAN AVENUE
CHICAGO, IL 60611

FOR: WOMEN'S FOOTWEAR AND WOMEN'S HOSIERY AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

OWNER OF U.S. REG. NO. 376,609.

SER. NO. 558,617, FILED 9-16-1985.

RICHARD B. GORDON, EXAMINING ATTORNEY

FILE TO LEFT

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent Office

Reg. No. 1,084,057
Registered Jan. 31, 1978

## TRADEMARK
Principal Register

## PLAYMATES

Genesco Inc. (Tennessee corporation)
111 7th Ave. N.
Nashville, Tenn. 37202

For: CHILDREN'S AND LADIES' HOSIERY, in CLASS 25 (U.S. CL. 39).

First use at least as early as Oct. 25, 1975; in commerce at least as early as Oct. 25, 1975.

Owner of Reg. No. 376,609.

Ser. No. 108,470, filed Dec. 3, 1976.

PAUL F. GAST, Examiner

REGISTERED FOR A TERM OF 20 YEARS FROM January 31, 1978

Affd. Sec. 8 Accpt.

[illegible] TO BE A TRUE COPY OF THE REGISTRATION [illegible] IN FULL FORCE AND EFFECT, WITH NOTATION [illegible] ACTIONS TAKEN THEREON, AS DIS- [illegible] THE RECORDS OF THE UNITED STATES PATENT [illegible] TRADEMARK OFFICE. SAID RECORDS SHOW TITLE [illegible] IN: Playboy Enterprises, Inc., a corp. of Del.

Attest

JUN 10 1985

Attesting Officer

EXHIBIT A PAGE 28



Nº 1462569

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-seventh day of October, 1987.

Donald J. Quigg

Commissioner of Patents and Trademarks

Int. Cl.: 9

Prior U.S. Cl.: 21

Reg. No. 1,462,569

# United States Patent and Trademark Office

Registered Oct. 27, 1987

## TRADEMARK
## PRINCIPAL REGISTER

## PLAYMATE OF THE YEAR

PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
919 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

FOR: SERIES OF FEATURED CLIPS OR SEGMENTS OF PRE-RECORDED VIDEO CASSETTES AND TAPES, IN CLASS 9 (U.S. CL. 21).

FIRST USE 10-18-1982; IN COMMERCE 10-18-1982.

OWNER OF U.S. REG. NOS. 661,391, 1,393,915 AND OTHERS.

SER. NO. 619,062, FILED 9-10-1986.

HENRY S. ZAK, EXAMINING ATTORNEY



The United States of America

No 1703375

CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-eighth day of July 1992.

Acting Commissioner of Patents and Trademarks

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,703,375

# United States Patent and Trademark Office

Registered July 28, 1992

TRADEMARK
PRINCIPAL REGISTER

# PLAYMATE SPORT

PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: WOMEN'S UNDERWEAR; NAMELY, BRAS AND PANTIES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-0-1989; IN COMMERCE 8-0-1989.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPORT", APART FROM THE MARK AS SHOWN.

SER. NO. 74-130,924, FILED 1-16-1991.

ANTHONY LUPO, EXAMINING ATTORNEY

# The United States of America

Nº 1664570

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twelfth day of November 1991.

Harry F. Manbeck, Jr.

Commissioner of Patents and Trademarks

Int. Cl.: 42

Prior U.S. Cl.: 100

Reg. No. 1,664,570

United States Patent and Trademark Office Registered Nov. 12, 1991

## SERVICE MARK
## PRINCIPAL REGISTER

# PLAYMATE WAKE-UP SERVICE

PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: WAKE-UP CALL SERVICES, IN CLASS 42 (U.S. CL. 100).
FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

OWNER OF U.S. REG. NOS. 1,308,903, 1,404,136 AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WAKE-UP SERVICE", APART FROM THE MARK AS SHOWN.

SER. NO. 74-136,399, FILED 2-4-1991.

LINDA K. MCLEOD, EXAMINING ATTORNEY


Printed on Recycled Paper
20% Post Consumer Waste

EXHIBIT B

| MARK | GOODS/SERVICES | REGISTRATION NO. |
|---|---|---|
| *PLAYMATE | Calendars; Class 38 | 721,987 |
| *PLAYMATE | Perfume; Class 51 | 749,223 |
| *PLAYMATE | Bracelets, ankle bracelets, earrings, bracelet and earring sets, pins, necklaces, charms, key chains and pendants; Class 28 | 777,867 |
| *PLAYMATE | Watches; Class 14 | 1,308,903 |
| *PLAYMATE | Pre-recorded video cassettes; Class 9 | 1,393,915 |
| *PLAYMATE | Women's footwear and women's hosiery and socks; Class 25 | 1,399,564 |
| PLAYMATE | Entertainment in the nature of pre-recorded wake-up messages by telephone; Class 41 | 1,688,181 |
| PLAYMATE [bunny head design] | Women's footwear and women's hosiery and socks; Class 25 | 1,404,136 |
| PLAYMATES | Children's and ladies' hosiery; Class 25 | 1,084,057 |
| *PLAYMATE OF THE YEAR | Series of featured clips or segments of pre-recorded video cassettes and tapes; Class 9 | 1,462,569 |
| PLAYMATE SPORT | Women's underwear; namely, bras and panties; Class 25 | 1,703,375 |
| PLAYMATE WAKE-UP SERVICE<br><br>* Denotes trademarks which are incontestable pursuant to 15 U.S.C. § 1065. | Wake-up call services; Class 42 | 1,664,570 |



Printed on Recycled Paper
20% Post Consumer Waste

EXHIBIT C

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,011,646

# United States Patent and Trademark Office

Registered Oct. 29, 1996

SERVICE MARK
PRINCIPAL REGISTER

HTTP://WWW.PLAYBOY.COM

PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: COMPUTER SERVICES, NAMELY, PROVIDING ON-LINE MAGAZINES IN THE FIELD OF FASHION, ENTERTAINMENT, HEALTH, LIFESTYLE AND OTHER TOPICS OF GENERAL INTEREST, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-29-1994; IN COMMERCE 8-29-1994.

SER. NO. 74-701,251, FILED 7-14-1995.

ESTHER A. BORSUK, EXAMINING ATTORNEY

EXHIBIT C PAGE 36

Int. Cl. 16

Playboy Enterprises, Inc.
Chicago, Ill.

# United States Patent Office

600,018
Registered Dec. 28, 1954

AFFIDAVIT SEC. 8 ACCEPTED

PRINCIPAL REGISTER
Trade-Mark

AFFIDAVIT SEC 15 RECEIVED 1-7-60

Ser. No. 664,940, filed Apr. 21, 1954

# PLAYBOY

HMH Publishing Co., Inc. (Illinois corporation)
11 E. Superior St.
Chicago 11, Ill.

For: MONTHLY MAGAZINE, in CLASS 38.
First used Nov. 1, 1953, and in commerce Nov. 1, 1953.

EXHIBIT C PAGE 37

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,040,491

United States Patent Office

Registered June 1, 1976

# TRADEMARK
Principal Register

# PLAYBOY

Playboy Enterprises, Inc. (Delaware corporation)
919 N. Michigan Ave.
Chicago, Ill. 60611

For: SUNGLASSES, in CLASS 9 (U.S. Cl. 26).
First use on or about Apr. 15, 1974; in commerce on or about Apr. 15, 1974.
Owner of Reg. Nos. 600,018, 755,301, 871,552, and others.

Ser. No. 65,847, filed Oct. 14, 1975.

CHARLES R. FOWLER, Supervisory Examiner
RICHARD A. STRASER, Examiner

EXHIBIT C PAGE 38

Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 1,308,905

# United States Patent and Trademark Office

Registered Dec. 11, 1984

## TRADEMARK
Principal Register

PLAYBOY

Playboy Enterprises, Inc. (Delaware corporation)
919 N. Michigan Ave.
Chicago, Ill. 60611

For: WATCHES AND CLOCKS, in CLASS 14 (U.S. Cl. 27).

First use Dec. 24, 1980; in commerce Dec. 24, 1980.

Ser. No. 464,290, filed Feb. 6, 1984.

ROBERT PEVERADA, Examining Attorney

REGISTERED FOR A TERM OF 20 YEARS FROM Dec. 11, 1984

COMB. AFF. SEC. 8 & 15

Attest

OCT 20 1993

M.M. [signature]
Attesting Officer

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Registrant

[signature]
ASSISTANT SECRETARY OF COMMERCE AND COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT C PAGE 37

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,020,389

United States Patent and Trademark Office Registered Dec. 3, 1996

SERVICE MARK
PRINCIPAL REGISTER

PLAYBOY

PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: COMPUTER SERVICES, NAMELY, PROVIDING ON-LINE MAGAZINES IN THE FIELD OF FASHION, ENTERTAINMENT, HEALTH, LIFESTYLE AND OTHER TOPICS OF GENERAL INTEREST, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-29-1994; IN COMMERCE 8-29-1994.

SER. NO. 74-702,656, FILED 7-13-1995.

ESTHER A. BORSUK, EXAMINING ATTORNEY



Printed on Recycled Paper
20% Post Consumer Waste

EXHIBIT D

| MARK | GOODS/SERVICES | REGISTRATION NO. |
|---|---|---|
| HTTP://WWW.PLAYBOY.COM | Computer services, namely, providing on-line magazines in the field of fashion, entertainment, health, lifestyle and other topics of general interest; Class 42 | 2,011,646 |
| *PLAYBOY | Monthly magazine; Class 38 | 600,018 |
| *PLAYBOY | Playing cards; Class 22 | 791,734 |
| *PLAYBOY | Sunglasses; Class 9 | 1,040,491 |
| *PLAYBOY | Watches and clocks; Class 14 | 1,308,905 |
| PLAYBOY<br><br>* Denotes trademarks which are incontestable pursuant to 15 U.S.C. § 1065. | Computer services, namely, providing on-line magazines in the field of fashion, entertainment, health, lifestyle and other topics of general interest; Class 42 | 2,020,389 |


Printed on Recycled Paper
20% Post Consumer Waste

## DIRECTORY

### Free Photo Gallery:
Gallery Photos
Updated January 23

### Terri's Fan Club:
Win a Date with Me and more....

### Erotica: NOW OPEN !!
All Of Me-New Exclusive Nudes!
Updated January 23

### Autographed 8 x 10'S:
Personally signed to you from me...

### Films & Videos/Magazines:
Playboy Appearances and more...

### FAQ:
List Of Frequently Asked Questions

### Autobiography:
Learn More About My Playboy Days

### Spokesmodel:
Promotional Opportunity

### Personal Appearances:
Where You Can See Me

### Out Of My Mouth:
Terri Talk

### Terri & Friends:
Playmates, Girlfriends and more....
Updated January 18

### Welles Collection:
Limited Edition Super Premium Cigars
Now IN STOCK-January 28

### Guest Book:
Please Sign My Guest Book

### Links:
Links To My Favorite Places

---

EXHIBIT E PAGE 42



Printed on Recycled Paper
20% Post Consumer Waste

EXHIBIT E

# Are you in need of a Spokesmodel for your Product or Company?

## To obtain my services as a Spokesmodel, Fill in the form and I will contact you as soon as possible. Thank you.

Name:

E-Mail:

Company/Organization:

Location of the event:

When the event takes place:

How I can represent:

Product:

Contact Phone Number:

Time to contact:

Dates to contact:

Submit | Clear

Home | Photos | Photos & Magazines | Erotica | Film & Magazine Listing
Out Of My Mouth | FAQ | Autobiography | Spokesmodel
Terri's Fan Club | Welles Collection | Terri Welles Presents | Personal Appearances
Terri & Friends | Guest Book | Links

terri@terriwelles.com

Copyright © 1997 Terri Welles, Inc. All right reserved.
This site is sponsored by Janey's Home Page.
Maintained By My Webmaster..

This site is neither endorsed, nor sponsored by, nor affiliated with Playboy Enterprises, Inc.
PLAYBOY®, PLAYMATE OF THE YEAR® and PLAYMATE OF THE MONTH® are registered trademarks of

EXHIBIT E PAGE 43

# Terri Welles Collection

I have always loved strong men and women who were bold enough to live life with a passion for enjoying the finer things. A man or woman who has the devotion to take a few minutes to relax and enjoy a cigar during a busy day, is truly living life and enjoying it!

I enlisted the alliance of a group of premium cigar traders who searched Caribbean plantations to find a cigar fitting for the **Terri Welles Signature Collection.** We found an astonishing cigar that beginners to aficionado's will enjoy. We made a 7 1/2 by 50 ring, super premium, hand rolled cigar that is fantastic. The fillers are from Nicaragua, Costa Rica, and Honduras with a binder from the Dominican Republic and wrapper from Ecuador. This is a beautifully complex full flavored cigar, that is so smooth and creamy . . . I know you will just love it, like I do!

Then wait till you see the **Terri Welles Signature Collection boxes!**
They are so unbelievable . . .
I enclosed another surprise, for you to have when you finish the box. So not only do you get a great, premium, hand rolled cigar, you also get a little bit of me!!!

You really will not believe what we have come up with for your enjoyment!

## ON LINE Order form for Terri Welles Collection Cigars

NOTE: THIS FORM UTILIZES THE ADDRESS VERIFICATION SYSTEM. BE SURE TO ENTER VALID INFORMATION IN ALL FIELDS OR YOUR ORDER WILL BE DENIED.
Each collection is priced at $129.95
which includes S&H.

Please do not use any "," in this form.

EXHIBIT F PAGE 44

First Name:

Last Name:

Street Address (line 1):

Street Address (line 2):

City:

State/Province:

*U.S. residents use 2 character abbreviation ONLY*

ZIP/Postal Code:

Phone Number:

E-Mail Address:

Age:

Collection(s): Please Make a Selection

Payment Method: Please Make a Selection

Card Number (no spaces):

Exp. Date (MM/YY): (i.e. 02/97)

Verify e-mail :

NOTE: Click on the "Submit" button only ONCE (DO NOT DOUBLE CLICK!)
Your order will be verified via e-mail with 48 hours.

All charges will appear as "Gatefold Productions" on your credit card statement and INCLUDE S & H.

| Submit Your Order | Clear Order Form |
|---|---|

EXHIBIT F PAGE 45

If your browser is **NOT** forms capable....
Get a NEW ONE!!!! (hehehe just kidding).......
**e-mail** the above information to us by
Clicking Here

**OR**

Send check or Money Order to:

Terri Welles Collection
c/o Gatefold Productions
11083 Prospect Road
Cleveland, OH 44136

---

YNOT Click Here to see some great sites

[ Free Pictures] [ Top 50 Sites] [ Member Sites] [ Wutz New?]

---

**DIRECTORY**
[Main] [Photos] [Photos & Magazines] [Erotica] [Film & Magazine Listing]
[Out Of My Mouth] [FAQ] [Autobiography] [Spokesmodel] [Terri's Fan Club]
[Welles Collection] Terri Welles Presents] [Personal Appearances] [Terri & Friends]
[Guest Book] [Links] [Friends On The Net]

---

Copyright © 1997 Terri Welles, Inc. All rights reserved.
This site is sponsored by Janey's Home Page,
Supported by Collectors Gallery at Gatefold,
Maintained By My Webmaster..

---

This site is neither endorsed, nor sponsored by, nor affiliated with Playboy Enterprises, Inc.
PLAYBOY®, PLAYMATE OF THE YEAR® and PLAYMATE OF THE MONTH® are registered trademarks of Playboy Enterprises, Inc.

EXHIBIT F PAGE 46



Terri Welles
Photos & Magazines

**I would be happy to autograph any Photo or Magazines that you may have of me.**

**If you would like any of my current photos on my web site, I would be happy to Autograph them for you for $20.00.**

**Please send them to me including a Self Addressed Envelope to:**

Click on my picture to see more photos

```
Terri Welles
P.O. Box 2549
Del Mar,  CA  92014
```

Hugs & Kisses Terri

*Visit some of my friends at this hot club!!*

EXHIBIT F PAGE 47

Home | Photos | Photos & Magazines | Erotica | Film & Magazine Listing

Out Of My Mouth | FAQ | Autobiography | Spokesmodel
Terri's Fan Club | Welles Collection | Terri Welles Presents |
Personal Appearances Terri & Friends | Guest Book | Links

terri@terriwelles.com

Copyright © 1997 Terri Welles, Inc. All right reserved.
This site is sponsored by Janey's Home Page,
Maintained By My Webmaster..

**This site is neither endorsed, nor sponsored by, nor affiliated with Playboy Enterprises, Inc.**
**PLAYBOY®, PLAYMATE OF THE YEAR® and PLAYMATE OF THE MONTH® are registered trademarks of Playboy Enterprises, Inc.**

EXHIBIT F PAGE 48



Printed on Recycled Paper
20% Post Consumer Waste

EXHIBIT C

Case 3:98-cv-00413-K-JFS Document 1 Filed 02/27/98 Page 57 of 101

# TERRI WELLES

*Playmate of the year 1981*

EXHIBIT G PAGE 49

## DIRECTORY

### Free Photo Gallery:
Gallery Photos
Updated January 23

### Terri's Fan Club:
Win a Date with Me and more....

### Erotica: NOW OPEN !!
All Of Me-New Exclusive Nudes!
Updated January 23

### Autographed 8 x 10'S:
Personally signed to you from me...

### Films & Videos/Magazines:
Playboy Appearances and more...

### FAQ:
List Of Frequently Asked Questions

### Autobiography:
Learn More About My Playboy Days

### Spokesmodel:
Promotional Opportunity

### Personal Appearances:
Where You Can See Me

### Out Of My Mouth:
Terri Talk

### Terri & Friends:
Playmates, Girlfriends and more....
Updated January 18

### Welles Collection:
Limited Edition Super Premium Cigars
Now IN STOCK-January 28

### Guest Book:
Please Sign My Guest Book

### Links:
Links To My Favorite Places

---

EXHIBIT G PAGE 50



Click Here for Thousands of XXX Pics

Danni's Hard Drive!

Guaranteed the most fun you'll ever have on the web!

**Member YNOT Adult Network**

YNOT Click Here to see some great sites

[ Free Pictures] [ Top 50 Sites] [ Member Sites] [ Wutz New?]

Visit some of my friends at This Hot Site!

**[ Pretty In Pink! ]** **[ Sex Illustrated ]**

**SPECIAL EVENT!!!!!**
I am making arrangements for a New Live Chat including Live Radio on your PC.
Watch my pages for the next scheduled Chat session.

**MEMBERS UPDATE**
Another New Photo Session is NOW OPEN for my Erotica Members.
Jacuzzi's and Wet T-Shirts........

---

EXHIBIT G PAGE 51

Case 3:98-cv-00413-K-JFS Document 1 Filed 02/27/98 Page 60 of 101

Email:
terri@terriwelles.com

Copyright © 1997 Terri Welles, Inc. All right reserved.
This site is sponsored by Janey's Home Page and Supported by Collectors Gallery at Gatefold
Maintained By My Webmaster.

---

**Try These New Live Shows**

[ Girl Shows] [Guy Shows] [Transexual Shows] [Dungeon Shows] [ Amateurs Shows]

Parents please use one of these programs to protect your children from adult material. thanks.

Cyber Patrol | Cybersitter | Surf Watch

ASACP

This site is neither endorsed, nor sponsored by, nor affiliated with Playboy Enterprises, Inc. PLAYBOY®, PLAYMATE OF THE YEAR® and PLAYMATE OF THE MONTH® are registered trademarks of Playboy Enterprises, Inc.

Not A Link...Just our Counter

EXHIBIT G PAGE 52

EXHIBIT H

**To add my link to your site,
Please use the following:
Terri Welles Playboy Playmate of the Year 1981
http://www.terriwelles.com
Thank you.**

*These links are some web sites you might want to visit.*

*Sites are listed alphabetically for your convenience*

*Should you find a link that is not found, please send me E-Mail so I may update this listing*

*To Automatically ADD your site URL to my Link Pages, Click Here*

**Select the Link Page to View**

All Sites ▼

Submit Query

***Visit My Hot & Exciting Sponsor And Friend, Janey At:***

Home | Photos | Photos & Magazines | Erotica Film & Magazine Listing
Out Of My Mouth | FAQ | Autobiography | Spokesmodel
Terri's Fan Club | Welles Collection | Terri Welles Presents |
Personal Appearances Terri & Friends | Guest Book | Links

terri@terriwelles.com

Copyright © 1997 Terri Welles, Inc. All right reserved.
This site is sponsored by Janey's Home Page,
Maintained By My Webmaster..

EXHIBIT H PAGE 53



---

These Links Are Some Web Sites You Might Want To Visit.

Should you find a link that is not found, please send me Email so I may update this listing

---

- *!!!!! Largest FREE SITE ON THE NET !!!!!* - !!!!! Largest FREE SITE ON THE NET !!!!!
- *!!!Asian Pussy Galore!!!* - Tons of asian teen XXX fuck PiXXX,stories and much more!
- *!!Muff Diving!!* - A site dedicated to Muff Diving. 15+ Hot Muff eating pics. Thumbnailed pics, no consoles.
- *!Route69 - The FreeWay To Porn!* - free xxx sex pictures and movies, anal oral lesbian fetish bondage avi mpeg
- *!Z! HARDCORE XXX SEX VILLAGE* - 120 FREE PICS PLAYBOY LOVERS GO HERE
- ** #1 ASIAN AMATEUR, Miss Laurie ** - Hot 19 year old! Laurie runs her own site with exclusive personal photos. Hundreds of high-quality pics, Chat, Worn Panties & more. MUST SEE
- ** The Erotic Zone ** - The Hottest Adult Website on the Net! Featuring Penthouse Pets! Pamela Anderson's Home Sex Video! Live Sex! Free Girls on Video! Free XXX Pics! Erotic Stories and Jokes! Amateur Photo's from our Members! Personals Section! Come Visit Us Today!
- *2HORNY4U LIVE TEENS AM I 2HORNY4U* - LIVE teens 3somes lesbians NEW NOW 101 FREE VIDEO FEEDS 100's hardcore pic!! CUM SEE IF AM 2HORNY4U
- *A Hard Place* - FREE live gals, 10,000 XXX Pix, Celebs...too much to list!
- *AAAAwesome Raw Sex Stories and Free Pix* - 300 + Raw Sex Stories - 25 Free HC Pics with Thumbnails
- *Adult Enhanced Art Gallery* - ALL NEW hardcore pictures - fast thumbnails, no consoles, no banners - just PICTURES

EXHIBIT H PAGE 54

- *Adult Video SuperStore* - Highest, quality. Lowest Prices. Huge Selection! Free XXX pix too!
- *AdultDex.com* - Adult Entertainment Exposition
- *Alien Adult Art Gallery* - Weird Alien Sex Pictures - You have got to see this!!!
- *All Girl-Gril* - Girl-Girl Photos fro your enjoyment
- *ALL SEX 4 FREE* - 50+ Free Pics,FreeStripShows,Free ChatRooms,Links and More!
- *Annabel's Hideaway* - a clean, sexy, heart pounding environment for all to connect to beautiful goddess like people. Free Pics updated and Links to Hot Porn.
- *April Chest Busty Photo Gallery and Pic O Week* - April Chest is Miss T-Shirt USA and the Queen of the Big Bust Circuit and has never done a magazine layout so you can't get these pictures anywhere in the world but HERE!
- *Ashley* - Hot amateur pics
- *Asian Cherry Delite!* - Tons of pics,stories,and links.Check it out!!
- *Asian Teens!* - Horny Hardcore Asian Teen XXX Fuck Pixx,stories,anime,links,and much more!
- *Attic Personal Ads* - The #1 Adult Playground On The Net! Amateurs, Adult Pixxx, FREE Personal Ads & More
- *Bosompics* - High quality erotic pictures of big breasted girls
- *Brianna's Playhouse* - Hot Latin Babe
- *Busty Dusty's Official Home Page* - Covergirl & Centerfold Busty Dusty's Home Page
- *BUTT HQ* - The NEW and IMPROVED Butt, Bikini, and Nude photo site!! This page has the best collection of photos. Come I'll prove it!
- *Christie's Free Pixs & XXX Links* - 15 Free pics changed Daily,Free Stip Shows
- *City Source Advantage* - Entertainment Resource Center for Southern California
- *Collectors Gallery at Gatefold* - Playboy Back Issues, (including ALL of Terri Welles)..Featured Unpublished Centerfold Collection, Adult After Dark XXX and bunches of FREE Stuff!!
- *Cooter's Club XXX* - Home of the Nasty Girls!-You One-Stop Erotic Playground.
- *Crystyn, Miss Nude Vic Australia* - Crystyn, Miss Nude Vic Australia

EXHIBIT H PAGE 55

Case 3:98-cv-00413-K-JFS Document 1 Filed 02/27/98 Page 65 of 101

- *Da HaMsTeR's PoUcH* - 100+ Free PIX, Shops, Babe of the Day, Name that BOOB, Adult Chat, and more
- *Danielle's XXX Fantasyland* - 325 Pix,8 Live sex feeds w/ 150 Channels of live sex. ALL FREE!!!
- *Dirty Jack's FREE Weekly Sex Pics* - Large gallery of HOT Steamy hardcore sex pics hand-picked weekly!
- *Eric's Official Web Site* - Various links to sites, as well as bio, pictures, awards, and chat.
- *Exotic Dancers Pages* - Find hot sexy gourgeous exotic dancers in your area. Free photos and bios, Live Chat. Free web pages for exotic dancers
- *Eye-Full's Hot young Sluts* - 7000+ Pics,Live Sex,Chatrooms,Ph.Sex,Sex Store,FREE PICS
- *Female Forms* - Quality pictures of classy ladies
- *Fisting.com - The Official Fistfucking Website* - Thousands of fisting pictures, movies and stories. Free previews and daily picture. Chatrooms and much more.
- *Free Cybersex Hardcore* - 100% Free 3-D Sluts. Virtual Reality Hardcore XXX Sex!
- *Free Raunchy Nude Pictures* - XXX-pictures of the best and raunchiest women on the net, absolutely FREE.
- *FREE XXX Galleries* - 100% FREE Teens, Geri from Spice Girls Nude, Golden Showers, Daily Pics, Fetish and more!!
- *Hacksaw's Honeys: All Girl Review* - Blisterin Buck Naked Babes & The Top AMATEURS on the Web!
- *Hardcore Highway* - The Nastiest Stretch of Road on the Information Superhighway
- *Hedonism* - FREE Adult links and pics site.
- *Hot Women of the Web* - The hottest photo links to the coolest sites of the sexiest REAL ladies on the web!
- *Interactive Centerfolds* - Nude pics of beautiful centerfold models!!
- *Janey's Home Page* - Amateur site of erotica..and more
- *Java Girls* - Most Beautiful Babes on the Net - in Java !
- *Jenny's Place* - Over 600 Adult Links - Updated Daily
- *Johnnys Angels* - erotic pics of sexy adult women

EXHIBIT H PAGE 56

Case 3:98-cv-00413-K-JFS Document 1 Filed 02/27/98 Page 66 of 101

- *jvidgren* -
- *Katelyn's Place* - A hot 19 year old amateur with HUGE 38C REAL tits!
- *Kristi's Pink Moments* - My name is Kristi and I'm 27 years old.
- *Le Sex Shop* - The Web's Finest Adult Links
- *Leeza Gibbons Legs* - Dedicated to Leeza Gibbons and her great legs with pics and links
- *Lisa Matthews Worship Page* - Dedicated to Lisa Matthews, Playmate of the Year 1991
- *Lyudmila's Love Shack - From Russia With Love!* - I'm from Russia and here nude pictures of me!
- *Matt's Official Web Site* - Links to various sites as well as friends, bio, awards, pictures, etc.
- *Melissa Wolf Personal Web Site and Pic of the Week* - North America's Most Published Centerfold's Personal Web Site, On-Line Photo Gallery and Pic of the Week
- *Milking - Lactation and Breast Pumping* - Lactation, breast- and penis pumping pictures and stories
- *Mimi's Busty Asians Teen Sex Videos Live Pornstars!* - Mimi's Busty Asians Teen Sex Videos Live Pornstars!
- *Monique's Hot Lesbian Whores* - 2000+ Hot Lesbian Pics All FREE
- *MrDog's Hot Adult Links* - hot adult links, amateur nude contest, amateur bikini contests
- *Naughty by Nature Fashions* - Provocative woman's clothing
- *NetxLaura's Official Homepage* - Home of Miss Nude World Wide 1997
- *Older Babes R Us* - Hot Older Women - free chat - live video
- *ORGASMUS* - Weekly Free Updated Young Babes + Girl of Day
- *Pandora's Palace* - Busty Superstar Pandora Peaks' Personal Web Site, Busty Photo Gallery and Pic of the Week.
- *Paris-Sex* - BIG BOOBS, PUSSIES and voted BEST French HARDCORE with quality FREE PICS!
- *PC Hardcore -Teen Sex* - Tons of young girls who like to fuck, we have hardcore teen fuck pics

EXHIBIT H PAGE 57

- *Penelope's Pumpkin Patch* - Penelope Pumpkin's Personal Web Site, Busty Pics and Pic of the Week!
- *petershippocket* - Cronical of Deb's brother, Peter.
- *Phun 4 You - It's FREE* - Featuring free pix, flix and XXX Mail 4 You. No fees or AVS ever!
- *Playboy Playmate Hope Marie Carlton* - Playboy Playmate Hope Marie Carlton
- *Porn Kitty* - Porn Kitty Adult Site
- *Princess Olivia's Wicked Web* - free sexy amateur pictuers of hot blonde ,nice tits
- *Redzone Sports and Entertainment* - A multi faceted sports and entertainment webzine
- *Rusty's Free Pic Links* - The best free pics from teens to older babes
- *Sex Around The World* - Come enjoy pics, movies, erotic stories and more of folks from all over the world engaging in "sins of the flesh"
- *Sexy Centerfolds* - Hot LIVE centerfold models, ready & willing to bare it all and obey your every command!!! Fullfill your wildest fantasies today with a beautiful centerfold model!
- *Sexy Dot Org Adult Links Directory* - Adult Links Directory
- *SEXY.ORG* - the most complete and up to date dirctory of adult sites !
- *SexyPictures* - 10 FREE NUDE PICTURES
- *TeenageSex.com* - More than 8000 teen pictures, movies and video-channels. 80 FREE previews and daily picture.
- *The Brass Ass* - Free XXX Pictures depicting Spanking, Anal, Gay, Lesbian, Bondage, Erotic Stories
- *The Darkside* - Nude Goth girls, vampires and other creatures of the night
- *The Erotic Zone* - The Hottest Adult Website on the Net! Featuring Penthouse Pets! Live Sex! Free Girls on Video! Pamela Anderson's Home Sex Video! Erotic Stories and Jokes! Personals Section! Come Visit Us Today!
- *The Palace xXx* - Stockholm's sexiest sluts do it all for you. Hardcore, fetsish, softcore, live video and more!!
- *Traci Topps Official Home Page* - Covergirl & Centerfold Traci Topps' Official Home Page

- *Wanna Party with the Porn Stars? FOR REAL??* - XXX IMages AND FREE Invites to Party with the models...FOR REAL!!!!
- *Wanna Play? Cum Experience Marina!!!* - Free Pics, Links to my Spreads, Tele-Play, XXX Movies, Toys, Links
- *WEBCAM-X* - It's been called "The Ultimate Live Spycam". Georgia's hottest nude strippers updates every 5 minutes.
- *WEBMASTER'S NEW SERVICE MORE MONEY!!!* - WEBMASTER'S new 4 level payout better pay SIGNUP NOW OR LOSE OUT!!!
- *Wenches* - 100 pics of gorgeous busty wenches
- *Wet and Live HOT BABES OF TEXAS* - membership live nude conferencing toys stories much more
- *Wet and Live HOT BABES OF TEXAS* - membership live nude conferencing toys stories much more
- *Worldwide Amateurs* - link to the most beautiful women in the world
- *Xcellant Productions* - Amateur & Teen
- *XXX Fantasyland* - 325 Pix, Erotic stories and more. For FREE!!
- -
- -
- -
- -
- -
- -
- -
- -
- -
- -
- -
- -

- \-
- \-
- \-
- **~*Muff Diving*~ - A site devoted to my Favorite past-time... Lots of Muff Diving Pics, No Consoles, Thumbnailed pics...**

**Back To Index**

---

Home | Photos | Autographed Photos & Magazines | FAQ | Autobiography
Terri Welles Presents... | Personal Appearances | Spokesmodel | Terri & Friends | Guest Book

Copyright © 1997 Terri Welles, Inc. All right reserved.
This site is sponsored by Janey's Home Page,
Created and maintained by Webmaster.

EXHIBIT I

Terri Welles' Home Page - Netscape

File Edit View Go Communicator Help

Bookmarks Location: http://www.terriwelles.com/index.html

Back Forward Reload Home Search Guide Print Security Stop

TERRI WELLES

*Playmate of the year, 1981*

## DIRECTORY

**Free Photo Gallery:**

Updated February 11

**Terri's Fan Club:**

**Erotica:** NOW OPEN !!

Updated February 11

**Autographed 8 x 10'S:**

**Films & Videos/Magazines:**

**FAQ:**

**Autobiography:**

**Spokesmodel:**

68% of 16K (at 1.3K/sec, 4 secs remaining)

EXHIBIT I PAGE 61



EXHIBIT I PAGE 62

Terri Welles, PMOY '81 - Netscape

File Edit View Go Communicator Help

Bookmarks Location: http://www.terriwelles.com/main/fans.html

Back Forward Reload Home Search Guide Print Security Stop

# Exclusive Fan Club

You guys make me feel so special!!! I want to thank all of you who wrote to me and asked me to start a Terri Welles Fan Club. I doubt I would have started it on my own, and I hope you like what I've come up with for *all* my members. You guys are the greatest! And yes, the date with me is for real!

- A quarterly newsletter from me... Including all the latest happenings...
- An 8x10 personally autographed never before seen picture of me. I save the best pictures for my fan club members who mean so much to me!
- A drawing every 6 months for a real-live date with me, *and I will even buy dinner!*
- ...and I will put a picture of the lucky winner and me on my site so everyone can see the fun we had on our date!
- A "Kiss" card with my lips, personally autographed to you!
- Ever wonder what REALLY happened behind the scenes in the late 70's and early '80's at the Playboy Mansion? With each quarterly newsletter you receive, I will whet your curiosity with first-hand accounts of *what actually, honestly went on with Hef and* some of the girls and guys!!!! You won't want to miss THIS!!!

Join my fanclub and this could be us!

Document: Done

EXHIBIT I PAGE 63

Erotica - Netscape

File Edit View Go Communicator Help

Bookmarks Location: http://www.terriwelles.com/main/erotica.html

Back Forward Reload Home Search Guide Print Security Stop

TERRI WELLES EROTICA

# Come Visit My Erotic Photo Galleries
# You will see All Of Me!

YNOT Official Member

Member YNOT Adult Network
Click For GREAT PICS!

**SPECIAL EVENT!!!!!**
I am making arrangements for a New Live Chat including Live Radio on your PC.
Watch my pages for the next scheduled Chat session.

9% of 7K

EXHIBIT I PAGE 64

Terri & Friends - Netscape

File Edit View Go Communicator Help

Bookmarks Location: http://www.terriwelles.com/main/autograph.html

Back Forward Reload Home Search Guide Print Security Stop

# Personally Autographed
## From Me to You!

Click Here

58% of 9K

EXHIBIT I PAGE 65

Film & Magazine Lising - Netscape

File Edit View Go Communicator Help

Bookmarks Location: http://www.terriwelles.com/main/listing.html

Back Forward Reload Home Search Guide Print Security Stop

# Photo & Magazine Appearances

---

**As a convenience to my fans, Collectors Gallery, your internet source for back issues of Playboy magazine, has made any issues or specials with me available and even has a special price for my Members!!!**
**Click Here to visit Gatefold and it's Featured Centerfolds.**

---

## Films

| | |
|---|---|
| **Looker (1981)** | James Coburn, Susan Dey, and Albert Finney<br>Warner Home Video, available on VHS or LaserDisc<br>ISBN 0-7907-0281-9 (LD) |
| **The Firm (1993)** | Tom Cruise and Gene Hackman<br>Warner Home Video, available on VHS or LaserDisc<br>ISBN 0-7907-0281-9 (LD) |
| **Ballistic (1993)** | - - - |

---

## Videos

**Playboy's Playmates:** Distributed by Image Entertainment

Document: Done

EXHIBIT I PAGE 66

FAQ - Netscape

File Edit View Go Communicator Help

Bookmarks Location: http://www.terriwelles.com/main/faq.html

Back Forward Reload Home Search Guide Print Security Stop

- **How did you become a playmate?**
  An old friend of mine from San Diego (who happened to be the brother of Sondra Theodore, Playmate and girlfriend of Hef's) invited me to the Playboy Mansion for a Sunday evening movie and dinner. I was a Stewardess at the time for United Airlines, based in L.A. That afternoon I was chatting with Hef in the foyer of the Mansion and I mentioned that I was a Flight Attendant. Playboy was in the process of doing a pictorial on Stewardesses and he asked me if I'd like to do the cover of that issue. Well, as they say, the rest is history. (see my Photo and Magazine page)

- **Are you still married to Kings All-Star Charlie Simmer?**
  No, that marriage did not go into overtime.

- **Who Chooses the Playmate of the Year.?**
  Hef. He makes all the decisions in regards to Playmate of the Year. He takes into consideration the concensus of the fans, but, ultimately the decision is his.

- **Is it true that you have to sleep with Hef to get Playmate Of The Year?**
  No, but, see previous question...heheheh

- **What was the Playboy Mansion like?**
  FUN!! In those days I was living with Candy Loving (The Playboy 25th Anniversary Playmate) and Sondra Theodore. We would lay by the pool, eat, party, and socialize. It was very much a retreat and safe heaven for Hef's Playmates and Celebrity friends. On a typicial day you could find Bill Cosby, Jimmy Caan, Robin Williams, Bruce Jenner and an assortment of Playmates. It was a Blast!! (see my Autobiography page>

Document: Done

EXHIBIT I PAGE 67

Autobiography - Netscape
File Edit View Go Communicator Help
Bookmarks Location: http://www.terriwelles.com/main/autobio.html
Back Forward Reload Home Search Guide Print Security Stop

YNOT 100% FREE ..where quality matters.

# Autobiography

**Part I** Part II

Click on picture for a better view.

1977-79 Ok...here goes, I was a Flight Attendant based in Chicago for United Airlines (quite an experience for a native born California girl!) Finally in March of 1979 I was lucky enough to be transferred to L.A. That was the beginning of the best time of my life.

7/79 My good friend Jim invited me up to the Playboy Mansion in L.A. His sister, Sondra Theodore, (Miss July '76) was Hugh Hefners girlfriend at the time. I was apprehensive about going. I was nervous that there would be all these gorgeous girls running around and I'd pale in comparision. Eventually, I accepted Jim's invitation to the mansion for a movie and dinner.

Upon arrival we were greeted by Sondra Theodore, wearing a white bathrobe,(it was 4:00 p.m. in the afternoon) She and Hef had just woke up and she said they'd be down soon. Jim

Document: Done

Spokesmodel - Netscape

File Edit View Go Communicator Help

Bookmarks Location: http://www.terriwelles.com/main/person.html

Back Forward Reload Home Search Guide Print Security

# Are you in need of a Spokesmodel for your Product or Company?

## To obtain my services as a Spokesmodel, Fill in the form and I will contact you as soon as possible. Thank you.

Name:

E-Mail:

Company/Organization:

Location of the event:

When the event takes place:

How I can represent:

Product:

Contact Phone Number:

Document: Done

EXHIBIT I PAGE 69

Terri & Friends - Netscape

File Edit View Go Communicator Help

Bookmarks Location: http://www.terriwelles.com/main/friends.html

Back Forward Reload Home Search Guide Print Security Stop

# Terri Welles & Friends

XXXtraordinary!!!
Visit The New Hardcore Pretty In Pink

On These pages you will find some of the Friends I have made.
Look often to see photos added and some surprizes.

---

To Visit friends that have Web Pages On The Net.

---

64% of 14K (at 1.3K/sec, 3 secs remaining)

EXHIBIT I PAGE 70

Terri & Friends - Netscape

File Edit View Go Communicator Help

Bookmarks Location: http://www.terriwelles.com/main/talk.html

Back Forward Reload Home Search Guide Print Security Stop

# Terri Talk

**Thursday, January 08, 1998**
**Whew!!!!!!!**
**Hope you all had a wonderful holiday season! I skied a little, ate a little, spent too much and drank too much! Other than that, it was life as usual. Speaking of partying, I spent New Years Eve with some of my girlfriends at the Playboy Mansion. It was a fabulous party as it is every year. I met Doria from the Playboy channel. She's a doll and so friendly! Cathy St. George, Ava Fabian, Barbara Moore, Victoria Fuller and a few other Playmates partied the night away. The usual men were there, too. Hef, Lakers owner Jerry Buss, Tim Allen, Alan Thicke, Football Hall of Famer Jim Brown and Herbie Handcock, to name a few. It was a wonderful evening. Next week I'm off to Las Vegas for the IA2000 convention. I'll be in the YNOT booth with my good friends Mike from Gatefold and Rick from YNOT. We're playing in a golf tournament on Monday and I plan on our foursome being victorious. I also plan on winning BIG at the tables......( how's THAT for positive input?!!!!!!). I hope you all had a safe and happy New Year.**
**Love,**

**Terri**

---

**Thursday, December 18**
I wanted to wish you all a very happy and safe holiday season. I hope Santa brings you everything and MORE that you want for Christmas. I'm having my family over for Prime Rib and Yorkshire pudding! Yum! I won't be shooting any nudes the following week...not before I get my little you-know-what jogging for miles and miles! I've been talking to some of the other Playmates, and we're all excited about the Glamourcon convention in Chicago in March. If any of

14K read (stalled)

EXHIBIT I PAGE 71





Terri Welles Links Page - Netscape

File Edit View Go Communicator Help

Bookmarks Location: http://www.terriwelles.com/main/links/index.html

Back Forward Reload Home Search Guide Print Security Stop

**To add my link to your site,**
**Please use the following:**
**Terri Welles Playboy Playmate of the Year 1981**
**http://www.terriwelles.com**
**Thank you.**

Terri Welles
PLAYBOY PLAYMATE OF THE YEAR '81
www.terriwelles.com

*These links are some web sites you might want to visit.*

*Sites are listed alphabetically for your convenience*

*Should you find a link that is not found, please send me E-Mail so I may update this listing*

*To Automatically ADD your site URL to my Link Pages, Click Here*

Select the Link Page to View

All Sites

Submit Query

*Visit My Hot & Exciting Sponsor And Friend, Janey At:*

JANEY'S
HOMEPAGE

Document: Done

EXHIBIT I PAGE 72

Source of: http://www.terriwelles.com/index.html - Netscape

```
<HTML>

<HEAD>

<TITLE>Terri Welles' Home Page</TITLE>

<META NAME="description" CONTENT="Terri Welles' Web Site displays adult photos. No Genital Nudity. Playboy type photos">

<META NAME="keywords" CONTENT="terri, welles, playmate, model, models, semi-nudity, naked, breast, breasts, tit, tits, n

<META NAME="rating" CONTENT="adult only">

<meta http-equiv="PICS-Label" content='(pics-1.1 "http://www.rsac.org/ratingsv01.html"
    l gen true comment "RSACi North America Server" by "terri@terriwelles.com" for
    "http://www.terriwelles.com" on "1997.09.09T14:02-0800" r (n 3 s 0 v 0 1 0))'>

</HEAD>

<BODY background=back.gif LINK="#ff66ff" VLINK="#ff66ff">

<center>
<p>
<hr width=60%>
<p>

<img src="http://www.terriwelles.com/pix/terrinm.gif" width=450 height=78>

 </center>

<BR>
```

Start 2:05 PM

EXHIBIT J PAGE 73

Source of: http://www.terriwelles.com/main/guest.html - Netscape

```
T="Terri Welles' Web Site displays adult photos. No Genital Nudity. Playboy type photos">
terri, welles, playmate, playboy, model, models, semi-nudity, naked, breast, breasts, tit, tits, nipple, nipples, ass,
ult only">

color="#ffffff" text="#000000" link="#009966" vlink="#009966">

w">Terri's Guestbook</font><p>

w">

MS">
```

Cindy

Source of: http://www.terriwelles.com/main/cigar.html - Netscape

```
lles Cigar Collection</TITLE>
cription" CONTENT="Terri Welles Cigar Collection Playboy type photos">
words" CONTENT="cigars, cigar, terri welles, playmate, playboy, model, models, semi-nudity, naked, breast, breasts, tit,
ing" CONTENT="adult only">

#FFFFFF" TEXT="#000000" LINK="#000000" VLINK="#FF8040">
ffff" size=1>cigars, cuban cigars, cigar, stogies, collection, cigars, cigar,</font><br>
width=60%>
ig logo.jpg" alt="Terri Welles Collection"><br>
th=60%>

p>

align=top>
igar1.jpg" alt="Cigar Collection Picture">

align=middle align=right>
l size=3>
oved strong men and women who were bold enough to live life
for enjoying the finer things. A man or woman who has the
ke a few minutes to relax and enjoy a cigar during a busy day,
 life and enjoying it!<p>

alliance of a group of premium cigar traders who searched
ations to find a cigar fitting for the <b><font color="#ff0000">Terri Welles Signature
</font>  We found an astonishing cigar that beginners to aficionado's will
 a 7 1/2 by 50 ring, super premium, hand rolled cigar that is
fillers are from Nicaragua, Costa Rica, and Honduras with a
 Dominican Republic and wrapper from Ecuador.  This is a
mplex full flavored cigar, that is so smooth and creamy. . .<br>I
just love it, like I do!<p>

 you see the <b><font color="#ff0000">Terri Welles Signature Collection boxes!</b></font>
so unbelievable . . . <br>

ther surprise, for you to have when you finish the box. So not
```

EXHIBIT J PAGE 75

Source of: http://www.terriwelles.com/main/friends.html - Netscape

```
="Terri Welles' Web Site displays adult photos. No Genital Nudity. Playboy type photos">
erri, welles, playmate, playboy, model, models, semi-nudity, naked, breast, breasts, tit, tits, nipple, nipples, ass, 
lt only">

welles.com/promo/pip.html","OTHER_GREAT_SITES","width=630,height=240");}

riwelles.com/back.gif" text=purple LINK="#ff66ff" VLINK="#ff66ff" onunload="leave()">  <center>

pagne" size="18" color=purple>  Terri Welles & Friends</font></b><br>

prettyinpink.com/cgi-bin/ctc/ctc.cgi?13937169" target="new" onClick="exit=false"><img

elles.com/ads/pip21.jpg" alt="Click Here for Pink Hardcore" border=0></a><br>
prettyinpink.com/cgi-bin/ctc/ctc.cgi?13937169" target="new" onClick="exit=false">
 In Pink!</a>

d s  of the Friends I have made. <br>Look often to see photos added and some surprizes. </p>

.com/pix/bdot.gif" width=700 height=1><p>
ick="exit=false">CLICK HERE</a><br>To Visit friends that have Web Pages On The Net.

.com/pix/bdot.gif" width=700 height=1><p><br>

=5 border=5><tr><td><img src="http://www.terriwelles.com/main/img/nyeve.jpg" width=396 height=280></td></tr></table></
Can you find Playmates Cathy St. George and Ava Fabian amongst others? I'm the tall one in the middle (o:<br>Members g
com/wwwjoin.html" onClick="exit=false">CLICK HERE</a> to Join NOW!<p></center>
```

EXHIBIT J PAGE 76

Source of: http://www.terriwelles.com/main/appear.html - Netscape

```
-Personal Appearances</TITLE>

tion" CONTENT="Terri Welles' Web Site displays adult photos. No Genital Nudity. Playboy type photos">

s" CONTENT="terri, welles, playmate, playboy, model, models, semi-nudity, naked, breast, breasts, tit, tits, nipple,

 CONTENT="adult only">

fff" TEXT="#000000 LINK="#0033ff" VLINK="#0033ff">

 alt="My Appearances">

arial narrow">These are the Places and Events I am scheduled to appear at.<br> I would love for you to come up and s

ial narrow>

1998

1998
1 Chicago O'Hare
inois
```

EXHIBIT J PAGE 77

Start | Capture Profes... | Ensoniq Mixer | Warning! - Net... | Ensoniq Mixer | Terri Welles-Pe... | Source of: htt... | 3:03 PM

Source of: http://www.terriwelles.com/main/person.html - Netscape

```
<HTML>
<HEAD>
<TITLE>Spokesmodel</TITLE>
<META NAME="description" CONTENT="Terri Welles' Web Site displays adult photos. No Genital Nudity. Playboy type phc
<META NAME="keywords" CONTENT="terri, welles, playmate, playboy, model, models, semi-nudity, naked, breast, breasts
<META NAME="rating" CONTENT="adult only">
</HEAD>

<BODY background="http://www.terriwelles.com/back.gif" text="#663399" link="#cc3333" vlink="#cc3333">

<CENTER>
<font face="helvetica, arial" size="+2"><B>Are you in need of a Spokesmodel for your Product or Company?</p> To obt
Fill in the form and I will contact you as soon as possible.<BR>
Thank you.</B></font>
<TABLE BORDER=0 width=750 cellspacing=0 cellpadding=5>
<TR>
        <TD valign=top><img src="http://www.terriwelles.com/pix/model.jpg" border=0 width=328 height=472></TD>
        <td>
        <form method="POST" action="http://www.terriwelles.com/cgi-bin/formmail.cgi">
        <input type=hidden name="recipient" value="terri@terriwelles.com">
        <input type=hidden name="required" value="name,email">
        <input type=hidden name="print_config" value="email,name">
        <input type=hidden name="bgcolor" value="#ccccff">
        <input type=hidden name="text_color" value="#663399">
        <input type=hidden name="link_color" value="#cc3333">
        <input type=hidden name="vlink_color" value="#cc3333">

<pre><font face="hevetica, arial">
<B>Name:</B>
<INPUT TYPE="text" NAME="name" SIZE="40">

<B>E-Mail:</B>
<INPUT TYPE="text" NAME="email" SIZE="40">

<B>Company/Organization:</B>
<INPUT TYPE="text" NAME="Organization" SIZE="40">

<B>Location of the event:</B>
<INPUT TYPE="text" NAME="Location" SIZE="40">

<B>When the event takes place:</B>
<INPUT TYPE="text" NAME="When" SIZE="40">

<B>How I can represent:</B>
```

EXHIBIT J PAGE 78

Start | Capture Profes... | Ensoniq Mixer | Warning! - Net... | Ensoniq Mixer | Spokesmodel - ... | Source of: htt... 3:02 PM

Source of: http://www.terriwelles.com/main/faq.html - Netscape

```
<HTML>
<HEAD>
<TITLE>FAQ</TITLE>
<META NAME="description" CONTENT="Terri Welles' Web Site displays adult photos. No Genital Nudity. Playboy type phc
<META NAME="keywords" CONTENT="terri, welles, playmate, playboy, model, models, semi-nudity, naked, breast, breasts
<META NAME="rating" CONTENT="adult only">
</HEAD>

<BODY  background="http://www.terriwelles.com/back.gif" BGCOLOR="#FFFFFF" TEXT="#3366cc" LINK="#ff00ff" VLINK="#ffC

<CENTER>
<TABLE BORDER=0 cellpadding=1 cellspacing=0 width=700>
<TR>

<TD width=200 valign=top align=right><img src="http://www.terriwelles.com/pix/terribg4.gif" width=126 height=249></

<td rowspan=3 width=500>
<UL>
<LI TYPE="square"><B>How did you become a playmate?</B><BR>
<font color="#9933cc" face="Comic Sans Ms, monaco">
An old friend of mine from San Diego (who happened to be the brother of
Sondra Theodore, Playmate and girlfriend of Hef's) invited me to the Playboy
Mansion for a Sunday evening movie and dinner. I was a Stewardess at
the time for United Airlines, based in L.A. That afternoon I was chatting
with Hef in the foyer of the Mansion and I mentioned that I was a Flight
Attendant. Playboy was in the process of doing a pictorial on Stewardesses
and he asked me if I'd like to do the cover of that issue. Well, as they
say, the rest is history. (see my <a href="photomag.html">Photo and Magazine</a> page)<BR><BR>
</font>

<LI TYPE="square"><B>Are you still married to Kings All-Star Charlie Simmer?</B><BR>
<font color="#9933cc" face="Comic Sans Ms, monaco">
No, that marriage did not go into overtime. <BR><BR>
</font>

<LI TYPE="square"><B>Who Chooses the Playmate of the Year.?</B><BR>
<font color="#9933cc" face="Comic Sans Ms, monaco">
Hef. He makes all the decisions in regards to Playmate of the Year. He takes into consideration the concensus of tl
</font>
<li type="square"><b>Is it true that you have to sleep with Hef to get Playmate Of The Year? </b><br>
<font color="#9933cc" face="Comic Sans Ms, monaco">
No, but, see previous question...heheheh<br><br>
</font>
<LI TYPE="square"><B>What was the Playboy Mansion like?</B><BR>
```

EXHIBIT J PAGE 79

Source of: http://www.terriwelles.com/main/listing.html - Netscape

```
Lising</TITLE>

" CONTENT="Terri Welles' Web Site displays adult photos. No Genital Nudity. Playboy type photos">

ONTENT="terri, welles, playmate, playboy, model, models, semi-nudity, naked, breast, breasts, tit, tits, nipple, nir

TENT="adult only">

//www.terriwelles.com/back.gif" text="#000000" link="#6666ff" vlink="#6666ff">

ne" size="7" color=purple>Photo & Magazine Appearances</font></p>

//www.terriwelles.com/pix/bdot.gif" width=600 height=1>

my fans, <a href="http://www.gatefold.com">Collectors Gallery</a>, your internet source for back issues of Playboy n
efold.com">Click Here</a> to visit Gatefold and it's Featured Centerfolds.
```

EXHIBIT ____ PAGE ____

49 PM

Erotica - Netscape

Source of: http://www.terriwelles.com/main/erotica.html - Netscape

```
<HTML>

<HEAD>

<TITLE>Erotica</TITLE>

<META NAME="description" CONTENT="Terri Welles' Web Site displays adult photos. No Genital Nudity. Playboy type photos">

<META NAME="keywords" CONTENT="terri, welles, playmate, playboy, model, models, semi-nudity, naked, breast, breasts, tit

<META NAME="rating" CONTENT="adult only">

<script language="JavaScript">

<!--
var exit=true;function leave()
{if (exit)open("http://www.terriwelles.com/promo/pip.html","OTHER_GREAT_SITES","width=630,height=240");}
// -->

</script>

</HEAD>

<BODY background="http://www.terriwelles.com/back.gif" text="#000000" LINK="#3399ff" VLINK="#3399ff" onunload="leave()">

<center>

<table cellspacing=5 cellpadding=0 border=5><tr><td>

<img src="http://www.terriwelles.com/pix/logo1.jpg" width=280 height=305>

</td></tr></table></p>

<center><b><font face="CAC Champagne" size="6" color=burgandy>

 Come Visit My Erotic Photo Galleries<br>
```

EXHIBIT J PAGE 80

EXHIBIT K



Click Here for Thousands of XXX Pics

Danni's Hard Drive!

Guaranteed the most fun you'll ever have on the web!

**Member YNOT Adult Network**

YNOT Click Here to see some great sites

[ Free Pictures] [ Top 50 Sites] [ Member Sites] [ Wutz New?]

Visit some of my friends at This Hot Site!

**[ Pretty In Pink! ]** **[ Sex Illustrated ]**

**SPECIAL EVENT!!!!!**
I am making arrangements for a New Live Chat including Live Radio on your PC.
Watch my pages for the next scheduled Chat session.

**MEMBERS UPDATE**
Another New Photo Session is NOW OPEN for my Erotica Members.
Jacuzzi's and Wet T-Shirts........

---

EXHIBIT L

out of art collectors and tourists is jarring despite Lee's gracious offer not to commence civil litigation.

[2] If Lee (and the Ninth Circuit) are right about what counts as a derivative work, then the United States has established through the back door an extraordinarily broad version of authors' moral rights, under which artists may block any modification of their works of which they disapprove. No European version of *droit moral* goes this far. Until recently it was accepted wisdom that the United States did not enforce any claim of moral rights; even bowdlerization of a work was permitted unless the modifications produced a new work so different that it infringed the exclusive right under § 106(2). Compare *WGN Continental Broadcasting Co. v. United Video, Inc.*, 693 F.2d 622 [216 USPQ 97] (7th Cir. 1982), with *Gilliam v. American Broadcasting Companies, Inc.*, 538 F.2d 14, 24 [192 USPQ 1] (2d Cir. 1976). The Visual Artists Rights Act of 1990, Pub. L. 101-650, 104 Stat. 5089, 5123-33, moves federal law in the direction of moral rights, but the cornerstone of the new statute, 17 U.S.C. § 106A, does not assist Lee. Section 106A(a)(3)(A) gives an artist the right to "prevent any intentional distortion, mutilation, or other modification of that work which would be prejudicial to his or her honor or reputation". At oral argument Lee's lawyer disclaimed any contention that the sale of her works on tile has damaged her honor or reputation. What is more, § 106A applies only to a "work of visual art", a new term defined in § 101 to mean either a unique work or part of a limited edition (200 copies or fewer) that has been "signed and consecutively numbered by the author". Lee's note cards and lithographs are not works of visual art under this definition, so she could not invoke § 106A even if A.R.T.'s use of her works to produce kitsch had damaged her reputation. It would not be sound to use § 106(2) to provide artists with exclusive rights deliberately omitted from the Visual Artists Rights Act. We therefore decline to follow *Muñoz* and *Mirage Editions*.[2]

Affirmed.

---

[2] Because this opinion creates a conflict among the circuits, it has been circulated to all judges in active service. See Circuit Rule 40(e). No judge requested a hearing en banc.

**U.S. District Court**
**Northern District of California**

Playboy Enterprises Inc. v. Calvin Designer Label

No. C-97-3204 CAL

Decided September 8, 1997

**TRADEMARKS AND UNFAIR TRADE PRACTICES**

**1. Infringement; conflicts between marks — Likelihood of confusion — Particular marks — Confusion likely (§335.0304.03)**

**Infringement; conflicts between marks — Passing off (§335.07)**

Plaintiff is likely to succeed on merits of its claim for trademark infringement and unfair competition resulting from defendants' unauthorized use of Internet domain names "playboyxxx.com" and "playmatelive.com," use of name "Playmate Live Magazine," slogan "Get it all here @ Playboy," and repeated use of "Playboy" trademark in machine readable code in defendants' Internet Web pages, so that "Playboy" trademark is accessible to individuals or Internet search engines that attempt to access plaintiff under its registered "Playboy" trademark.

**REMEDIES**

**2. Non-monetary and injunctive — Equitable relief — Preliminary injunctions — Trademarks and unfair trade practices (§505.0707.09)**

Preliminary injunction is warranted prohibiting defendants in action for trademark infringement, unfair competition, and dilution from using "Playboy," "Playmate" and related names in connection with their Internet Web site, including in buried codes or metatags on their home page or Web pages; defendants are ordered to immediately cease using Internet Web site addresses or domain names "http://www.playboyxxx.com" and "http://www.playmatelive.com," and to immediately request exclusive registrar of domain names to cancel all such domain name registrations, and if registrar delegates complete control regarding disposition of registration and use of these domain names to federal district court, then domain names are canceled, and plaintiff shall notify registrar of their cancellation.

---

Action by Playboy Enterprises Inc. against Calvin Designer Label, Calvin

Fuller, and Calvin Merit for trademark infringement, unfair competition, and dilution. On plaintiff's motion for preliminary injunction. Granted.

Neil A. Smith, of Limbach & Limbach, San Francisco, Calif.; David R. Francescani and Maryann Hayes, of Darby & Darby, New York, N.Y., for plaintiff.

No appearance for defendants.

**Legge, J.**

This cause has been presented to the Court, upon the motion of Plaintiff Playboy Enterprises, Inc. ("PEI"), seeking an Order of Preliminary Injunction during the pendency of this action, from infringing PEI's trademarks on Defendants' Internet World Wide Web sites.

PEI's motion is supported by a Complaint; a Memorandum of Points and Authorities; the Declaration of Michelle A. Kaiser, Staff Attorney of PEI; and the Declarations of Maryann Hayes and two Declarations of Neil A. Smith, outside intellectual property counsel to PEI.

This Court having given full consideration to all of PEI's papers and the relevant authorities, and in accordance with Federal Rule of Civil Procedure 65(b), makes the following Order:

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1332.

2. This Court has personal jurisdiction over Defendants by virtue of their California citizenship and tortious acts within this Judicial District.

3. PEI owns Federal Trademark Reg. No. 721,987 for the mark PLAYMATE, and Federal Trademark Reg. Nos. 2,020,389, 2,011,646, for the mark PLAYBOY, and other registrations for the marks PLAYMATE and PLAYBOY.

4. Defendants have used the marks PLAYBOY and PLAYMATE as part of their domain names on the Internet and used the marks PLAYMATE and PLAYBOY within the Internet Web pages offered at the sites at Internet addresses www.playboyxxx.com and www.playmatelive.com, all without PEI's authority.

5. Plaintiff PEI has demonstrated a sufficient (i) likelihood of success on the merits of its trademark infringement, unfair competition and dilution claims, (ii) irreparable harm if it is not granted a temporary restraining order pending hearing on its motion for a preliminary injunction, (iii) the balance of hardships tipping in its favor, (iv) and the absence of any public interest factors militating against the interim relief sought in its application, to merit and constitute good cause for the issuance of a Preliminary Injunction Order as more particularly described herein.

[1] 6. The Court finds that Plaintiff PEI is likely to succeed on the merits in proving *inter alia* trademark infringement, unfair competition, including a false designation of origin and false representation, in Defendants' use of the domain names "playboyxxx.com" and "playmatelive.com", the use of the name "Playmate Live Magazine" which include Plaintiff's PLAYMATE registered trademark, the use of "Get it all here @ Playboy" which includes Plaintiff's PLAYBOY registered trademark, and the repeated use of the PLAYBOY trademark in machine readable code in Defendants' Internet Web pages, so that the PLAYBOY trademark is accessible to individuals or Internet search engines which attempt to access Plaintiff under Plaintiff's PLAYBOY registered trademark.

IT IS THEREFORE FURTHER ORDERED that:

[2] 1. Defendants, their officers, agents, servants, employees, attorneys, parents, subsidiaries and related companies, and all persons acting for, with, by, through or under them having notice of this Order by personal service, electronic mail, or otherwise, and each of them, shall be immediately preliminarily enjoined and restrained during the pendency of this action, from:

a. using in any manner the PLAYMATE or PLAYBOY trademarks, and any other term or terms likely to cause confusion therewith, including PLAYMATELIVE or "playboyxxx.com" or "playmatelive.com", as Defendants' domain name, directory name, or other such computer address, as the name of Defendants' Web site service, in buried code or metatags on their home page or Web pages, or in connection with the retrieval of data or information or on other goods or services, or in connection with the advertising or promotion of their goods, services or web sites;

b. using in any manner the PLAYMATE or PLAYBOY trademarks in connection with the Defendants' goods or services in such a manner that is likely to create the erroneous belief that said goods or services are authorized by, sponsored by, licensed by or are in some way associated with PEI;

c. disseminating, using or distributing any Web site pages, advertising or Internet code words or titles, or any other promotional materials whose appearance so resembles the Web site pages or trademarks used by PEI, so as to create a likelihood of confusion, mistake or deception;

d. otherwise engaging in any other acts or conduct which would cause consumers to erroneously believe that Defendants' goods or services are somehow sponsored by, authorized by, licensed by, or in any other way associated with PEI; and

2. Defendants shall preserve and retain in hard copies or digital copies, all evidence and documentation relating in any way to their use of the domain names "playboyxxx.com" or "playmatelive.com" and the trademarks PLAYMATE and PLAYBOY in any form, including all records relating to such Web site or any other Web sites or subscription magazines or services where such names or marks have been used, all records relating to the names, addresses (e-mail or otherwise) of any parties with whom Defendants have communicated, and all financial records relating to such Web sites, services, magazines, or any products or services, advertising, on or offered on or through such Internet Web sites, and shall deliver back-up copies of all of the aforementioned files to Plaintiff's counsel, Neil A. Smith, Limbach & Limbach, L.L.P., 2001 Ferry Building, San Francisco, California, 94111.

3. Defendants shall immediately cease using and claiming ownership of the marks "playboy", "playmate", "playboyxxx" or "playmatelive" on the Internet. That Defendants shall immediately discontinue using the Internet Web site addresses or domain names "http://www.playboyxxx.com" and "http://www.playmatelive.com" and Defendants shall immediately request Network Solutions, Inc. to cancel all such domain name registrations.

4. That if Network Solutions, Inc. delegates complete control regarding the disposition of the registration and use of these domain names to this Court, the domain names are hereby cancelled. That Plaintiff shall notify Network Solutions, Inc. of this Court's cancellation of the domain names "playboyxxx.com", and "playmatelive.com".

5. That Defendants shall file with the Court and serve upon Plaintiff's counsel within thirty (30) days of the entry of such Order of Preliminary Injunction an affidavit or declaration attesting to and detailing Defendants' compliance with it.

6. It is further ordered that Plaintiff shall maintain the bond previously posted in the amount of $1000.00 for this Order.

SO ORDERED.

---

**U.S. District Court**
**Southern District of Texas**

Agar Corp. v. Multi-Fluid Inc.

No. 95-5105

Decided July 29, 1997

**JUDICIAL PRACTICE AND PROCEDURE**

**1. Procedure — Stays — In general (§410.2901)**

Federal district court has considerable latitude in determining whether to grant motion to stay patent infringement action pending re-examination of patent or patents in suit, and in exercising its discretion, court will consider several factors, including technical expertise of Patent and Trademark Office, probable effect that granting stay would have on litigation, and stage of litigation at which motion was filed.

**2. Procedure — Stays — In general (§410.2901)**

*Defendant's motion to stay patent infringement action pending re-examination of one of four patents in suit is denied, since expertise of Patent and Trademark Office is not required to determine infringement, since there is no countervailing benefit of staying litigation pending re-examination by PTO, and since discovery is underway and trial date has been set.*

---

Action by Agar Corp. against Multi-Fluid Inc. for patent infringement. On defendant's motion to stay proceedings pending re-examination of one of four patents in suit by Patent and Trademark Office. Denied.

Richard T. Redano, of Rosenblatt & Redano, Houston, Texas; Minh Q. Tran, of Agar Corp. Inc., Houston, for plaintiff.

Kent A. Rowland, of Vaden, Eickenroht & Thomson, Houston; Thomas S. Birney and Steven A. Mains, of Dorr, Carson, Sloan & Birney, Denver, Colo., for defendant.

**Hittner, J.**

Pending before the Court is the Motion to Stay Pending Reexamination (Document

EXHIBIT 2 PAGE 94



# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

PLAYBOY ENTERPRISES, INC., a Delaware corporation,

Plaintiff

vs

TERRI WELLES, an individual,

Defendant.

SUMMONS IN A CIVIL ACTION

Case No. '98 CV 0413 K (JFS)

TO: (Name and Address of Defendant)

Terri Welles
Del Mar, California

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Harold E. Wurst (213) 243-8000
Clarke A. Wixon
Darby & Darby P.C.
707 Wilshire Boulevard
Thirty-Second Floor
Los Angeles, California 90017

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Roberta Westdal
CLERK

2-27-98
DATE

R. F. MESSIG (SEAL)
BY DEPUTY CLERK



# CIVIL COVER SHEET

ORIGINAL

**I (a) PLAINTIFFS**

Playboy Enterprises, Inc., a Delaware corporation

**DEFENDANTS**

Terri Welles, an individual

'98 CV 0413 K (JFS)

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Los Angeles
EXCEPT IN U.S. PLAINTIFF CASES

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT San Diego

FILED
FEB 27 1998
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DARBY & DARBY P.C.
Harold E. Wurst/Clarke A. Wixon
707 Wilshire Blvd., 32nd Floor
Los Angeles, California 90017
(213) 243-8000

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: [ ] YES [x] NO

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Trademark Infringement, Unfair competition, and related causes.
15 USC 1051-1127 and California state and common law.

## VII. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce/ICC Rates/etc.
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 810 Selective Service
- 850 Securities/Commodities/Exchange
- 875 Customer Challenge 12 USC 3410
- 891 Agricultural Act
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes
- 890 Other Statutory Actions

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment Of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

*PERSONAL INJURY*
- 362 Personal Injury-Med Malpractice
- 365 Personal Injury-Product Liability
- 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence Habeas Corpus
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt. Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- [x] 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS - Third Party 26 USC 7609

## VIII(a). IDENTICAL CASES:

Has this action been previously filed and dismissed, remanded or closed? XX No ____ Yes

If yes, list case number(s): ____



# CIVIL COVER SHEET

(Reverse Side)

AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? XX No ______ Yes

If yes, list case number(s): ______

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:

(CHECK ALL BOXES THAT APPLY)

- ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
- ☐ B. Involve the same or substantially the same parties or property;
- ☐ C. Involve the same patent, trademark or copyright;
- ☐ D. Call for determination of the same or substantially identical questions of law, or
- ☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides. (Use an additional sheet if necessary)

☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED PLAINTIFF.

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).

☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary).

**NOTE:** In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER): X** [signature] **Date** 2/26/98

**NOTICE TO COUNSEL/PARTIES:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3.3 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical Codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |